STEPHEN MICHAEL LOBBIN (Cal. Bar No. 181195)
smlavvocati.com
**SML Avvocati P.C.**
888 Prospect St, Ste 200
La Jolla, CA 92037-4261
Tel:     (949) 636-1391

CHRISTOPHER M. JOE *(To be Admitted PHV)*
Chris.Joe@BJCIPlaw.com
**Buether Joe & Carpenter, LLC**
1700 Pacific, Suite 4750
Dallas, TX  75201
Tel:     (214) 466-1270
Fax:     (214) 635-1842

*Attorneys for Plaintiff
Jorno, LLC*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JORNO, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NEWEGG, INC., <br><br> Defendant. | Case No. 3:20-cv-03344 <br><br> **COMPLAINT FOR PATENT INFRINGEMENT** <br><br> **JURY TRIAL DEMAND** |

This is a civil action for patent infringement based on the patent laws of the United States, 35 U.S.C. § 1 et seq. in which Plaintiff Jorno, LLC complains against Defendant Newegg, Inc., all upon information and belief, as follows:

## A.   THE PARTIES

1. Plaintiff Jorno, LLC ("Plaintiff" or "Jorno") is a Wyoming limited liability company having its principal place of business in New York, New York.

2. On information and belief Defendant Newegg, Inc. ("Defendant" or "Newegg") is a corporation organized under the laws of Delaware.

3. On information and belief Defendant Newegg is headquartered in City of Industry, California.

4. On information and belief Defendant Newegg has a principal place of business at 17560 Rowland St. City of Industry, CA 91748 and has distribution facilities located throughout the United States.

## B.   JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has general and specific personal jurisdiction over Defendant inasmuch as the Defendant resides in this judicial district and by virtue of the Defendant's continuous and systematic business activities in this State, directly or through intermediaries, which activities give rise to at least a portion of the infringements alleged herein and include: (i) making, using, offering for sale and/or selling the below identified infringing apparatus in this State, and/or importing the below identified infringing products into this State; (ii) purposefully and voluntarily placing the below identified infringing apparatus into the stream of commerce with the expectation that they will be purchased by consumers in this State; and/or (iii) deriving substantial revenue from the below identified infringing products provided to individuals in this State.

7. Venue is proper in this Judicial District as to Defendant under 28 U.S.C. §§ 1391(b) and (c) and 1400(b) inasmuch as the Defendant resides in this judicial district and by virtue of Defendant's continuous and systematic business activities in this Judicial District, directly or through intermediaries, which activities give rise to at least a portion of the infringements alleged herein and include: (i) making, using, offering for sale and/or selling the below identified infringing apparatus in this Judicial District, and/or importing the below identified infringing products into this Judicial District; (ii) purposefully and voluntarily placing the below identified infringing products into the stream of commerce with the expectation that they will be purchased by consumers in this Judicial District; and/or (iii) deriving substantial revenue from the below identified infringing products provided to individuals in this Judicial District.

## THE PATENT

8. On January 3, 2017, the United States Patent and Trademark Office duly and legally issued Unites States Patent No. D775,630 (the '630 Patent) entitled "Keyboard" which protects Jorno's novel folding keyboard design. A true and correct copy of the '630 Patent is attached as Exhibit A.

9. Jorno LLC has been duly assigned and owns all rights, title, and interest in and to the '630 Patent and has the exclusive right to sue and recover for past, present, and future infringement.

C. **ACCUSED DEVICES**

10. The infringing devices include folding keyboards that Defendant sells and/or offers for sale (e.g., on its website newegg.com) whose design is substantially similar to Plaintiff's patented keyboard design (the '630 Patent). These keyboards each bear such a striking similarity that it would be absolutely clear to an ordinary observer that the accused devices were made with the intent to simply copy Plaintiff's protected design and would be deceptively similar to a normal observer. The specific accused devices provided below are

identified by Newegg's Item Number and by a short textual description. The specific devices, Item Numbers, etc. listed is not an exhaustive list and the devices accused are not so limited.

11. On its website, Defendant offers for sale accused devices providing, among other things, a textual and pictorial description of the accused keyboard, the price to purchase the device, the option to add to a virtual shopping cart, an estimated time of delivery, and a date indicating when the item was first available for sale.

12. According to its website, Newegg has offered at least some accused products since August 22, 2016.

13. For example, on information and belief Defendant sells and offers for sale the following infringing devices:

- Aluratek – "Universal Ultra-Slim Portable Tri-Fold Bluetooth V3.0 Keyboard," Model: ABLKO4F, Item No. Item#: 0GA-00A3-00009;
- Dealilly – "Bluetooth Keyboard," Item#: 9SIAMTFB6Y8033;
- Dealilly – "Folding Bluetooth Keyboard," Item#: 9SIAMTFB6Z7724;
- Haohang Electronics – "V-088 Three Fold Wireless Bluetooth Keyboard," Model: V-088, Item#: 9SIAG827FR5849;
- HaoYiShang - "Universal Foldable Keyboard," Item#: 9SIAAZM5C85180;
- JETech / CHICO Controls – "Dealzone Wireless Bluetooth Keyboard," Model: Foldable Bluetooth Keyboard, Item#: 9SIAG277323109;
- LESIRI – "Intelligent Pocket Folding," Item#: 9SIAEF88331616;
- Luxaim/ Arteck – "Folding Bluetooth Keyboard, Arteck Portable Mini Foldable Wireless Keyboard," Item#: 9SIAJXBB4J8368;
- Shenzhen Tianxunda Technology Co., Ltd - "Travel Metal Folding Bluetooth 3.0 Keyboard BOW Portable Tablet Bluetooth Keyboard," Item#: 9SIAMCAAAR0143;
- Shenzhen Tianxunda Technology Co., Ltd - "Travel Metal Folding Bluetooth 3.0 Keyboard BOW Portable Tablet Bluetooth Keyboard," Item#: 9SIAMCAAAR0149;

**D.     COUNT I**

**PATENT INFRINGEMENT**

14.     The prior paragraphs of this Complaint are incorporated by reference as though fully set forth herein.

15.     Defendant has been and now is directly infringing the '630 Patent in the United States by, among other things, selling or exposing for sale keyboards to which such design or colorable imitation has been applied making, using, offering for sale, selling, and/or importing within this judicial district and elsewhere in the United States, without license or authority, keyboards that incorporate the patented features of the '630 Patent in violation of 35 U.S.C. §271.

16.     The filing of this Complaint constitutes notice in accordance with 35 U.S.C. § 287.  Despite such notice, upon information and belief, the Defendant continues to import into, market, offer for sale and/or sell in the United States keyboards that infringe the '630 Patent.

17.     As a direct result of Defendant's unlicensed infringement, Plaintiff has been irreparably harmed due to loss of sales and/or loss of market share.

18.     Due at least to the significant disparity in hardships between the parties, remedies available at law, such as monetary damages, are inadequate to compensate for the injury to Plaintiff.

19.     As a direct and proximate result of Defendant's infringing conduct, Plaintiff has been injured and will continue to suffer irreparable injury to its business unless Defendant is restrained by this Court from further violation of Plaintiff's keyboard design intellectual property by infringing the '630 Patent.

20.     On its website, Defendant offers for sale accused device JETech Foldable Bluetooth Keyboard under Item#: 9SIAG277323109 (the "JETech Keyboard")[1]. Defendant

---

[1] https://www.newegg.com/jetech-foldable-slim-wireless-bluetooth-keyboard-foldable-bluetooth-keyboard/p/0GA-01JG-00001

provides that this accused device was first available on March 25, 2018. *Id.* The JETech Keyboard's design is substantially the same keyboard design as the '630 patent and the two keyboards are deceptively similar to a normal observer.

21.     For example, Figure 1 of the '630 Patent (shown below) shows the ornamental design of a tri-foldable keyboard. The '630 patent has a distinctive design to its hinges resembling a butterfly. The center portion of the hinge having a distinctive shape somewhat like an inverted letter T with a thick, rounded bottom. The "wings" of the butterfly are wider at their ends. The '630 design also has its keys laid out such that there is a little over three key widths (counting from the outside of the top and bottom rows) aligned with a line between the center of the hinges.  The outer edge of the keyboard's typing face is slightly raised forming a ridge around the face of the keyboard.



FIG. 1

Figure 1 of the '630 Patent.

Compare to accused keyboard:



The JETech Keyboard (shown above) incorporates at least the distinctive features of the '630 Patent as described above. The other accused devices similarly incorporate these features and are substantially the same keyboard design for at least the reasons stated above.

22. The In light of the foregoing, Plaintiff is entitled to injunctive relief prohibiting Defendant from infringing the '630 Patent and to recover from Defendant all damages, including attorneys' fees, that Plaintiff has sustained and will sustain as a result of such infringing acts, and all gains, profits and advantages obtained by Defendant as a result thereof, in an amount to be determined, which amount can be trebled under 35 U.S.C. § 284.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Jorno requests that this Court enter:

A. A judgment in favor of Jorno that Defendant has infringed the '630 Patent;

B. A judgment and order requiring Defendant to pay Jorno its damages, costs, expenses, prejudgment and post-judgment interest, and post-judgment royalties for Defendant's infringement of the '630 Patent as provided under 35 U.S.C. § 284;

C.   An order enjoining Defendant from continued infringement of Jorno's '630 Patent; and

D.   Any and all other relief to which the Court may deem Jorno entitled.

## DEMAND FOR JURY TRIAL

Plaintiff Jorno, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

Dated:  May 15, 2020

**SML Avvocati P.C.**

*/s/ Stephen M. Lobbin*
Stephen Michael Lobbin
(Cal. Bar No. 181195)
888 Prospect St, Ste 200
La Jolla, CA 92037-4261
Tel:   (949) 636-1391
Email: sml@smlavvocati.com

**Buether Joe & Carpenter, LLC**
Christopher M. Joe  *(To Be Admitted PHV)*
(TX Bar No. 00787770)
1700 Pacific Avenue
Suite 4750
Dallas, Texas  75201
Telephone:   (214) 466-1270
Facsimile:   (214) 635-1842
Email: Chris.Joe@BJCIPLaw.com

*Attorneys for Plaintiff*
*Jorno, LLC*