STEPHEN MICHAEL LOBBIN (Cal. Bar No. 181195)
smlavvocati.com
**SML Avvocati P.C.**
888 Prospect St, Ste 200
La Jolla, CA 92037-4261
Tel:   (949) 636-1391

CHRISTOPHER M. JOE *(To be Admitted PHV)*
Chris.Joe@BJCIPlaw.com
**Buether Joe & Carpenter, LLC**
1700 Pacific, Suite 4750
Dallas, TX  75201
Tel:   (214) 466-1270
Fax:   (214) 635-1842

*Attorneys for Plaintiff*
*Jorno, LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JORNO, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>NEWEGG, INC.,<br><br>        Defendant. | Case No. 3:20-cv-03344<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Patent Asset Management, LLC (Financial Interest - funding).

| | |
|---|---|
| Dated: May 15, 2020 | **SML Avvocati P.C.** |
| | */s/ Stephen M. Lobbin* |
| | Stephen Michael Lobbin |
| | (Cal. Bar No. 181195) |
| | 888 Prospect St, Ste 200 |
| | La Jolla, CA 92037-4261 |
| | Tel:     (949) 636-1391 |
| | Email: sml@smlavvocati.com |
| | |
| | **Buether Joe & Carpenter, LLC** |
| | Christopher M. Joe  *(To Be Admitted PHV)* |
| | (TX Bar No. 00787770) |
| | 1700 Pacific Avenue |
| | Suite 4750 |
| | Dallas, Texas  75201 |
| | Telephone:     (214) 466-1270 |
| | Facsimile:     (214) 635-1842 |
| | Email: Chris.Joe@BJCIPLaw.com |
| | |
| | ***Attorneys for Plaintiff*** |
| | ***Jorno, LLC*** |