# EXHIBIT A



US00D775630S

(12) **United States Design Patent** (10) Patent No.: **US D775,630 S**
Starrett                                  (45) Date of Patent: ⁎⁎ **Jan. 3, 2017**

(54) **KEYBOARD**

(71) Applicant: **CERVANTES MOBILE**, Los Angeles, CA (US)

(72) Inventor: **Scott Starrett**, Los Angeles, CA (US)

(⁎⁎) Term: **14 Years**

(21) Appl. No.: **29/518,234**

(22) Filed: **Feb. 20, 2015**

(51) **LOC (10) Cl.** .............................................. **14-02**
(52) **U.S. Cl.**
   USPC ...................................... **D14/455**
(58) **Field of Classification Search**
   USPC ....... D14/315–327, 391–399, 341, 345, 440;
        D18/1, 2, 7, 11; 235/145 A, 145 R;
        341/22, 23; 345/104, 156, 168, 169,
        345/173; 361/679.08, 679.09, 679.11,
        361/679.26, 679.27; D3/218, 269, 298,
        D3/299
   CPC ........ G06F 1/16; G06F 1/1616; G06F 1/1626;
        G06F 1/1632; G06F 1/1613; G06F
        1/1601; G06F 1/1618; G06F 1/162; G06F
        3/0221; G06F 3/0216; G06F
        1/1628; H01R 35/02; H03M 11/00; G09B
        13/04; H03K 17/94; G09G 5/00; F16M
        11/10; H05K 5/00; H04M 1/0237; H01H
        13/14; H01H 13/84; B41J 5/00; B41J
        5/12; B41J 5/10; A45C 3/02
   See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,509,873 A | ⁎ | 4/1985 | Ryan | B41J 5/10 |
| | | | | 341/22 |
| D457,525 S | ⁎ | 5/2002 | Olodort | D14/396 |
| D475,709 S | ⁎ | 6/2003 | Tritschler | D14/396 |
| 6,793,421 B1 | ⁎ | 9/2004 | Baldwin | G06F 3/0221 |
| | | | | 361/679.14 |
| 6,877,919 B2 | ⁎ | 4/2005 | Sitalasai | G06F 1/1632 |
| | | | | 400/472 |

⁎ cited by examiner

*Primary Examiner* — Freda S Nunn
(74) *Attorney, Agent, or Firm* — Cowan, Liebowitz & Latman, P.C.; Steven D. Underwood

(57) **CLAIM**

The ornamental design for a keyboard, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the keyboard of the present invention wherein the broken lines are shown for environment only and form no part of the claimed design;
FIG. **2** is a top, front, and side perspective view thereof shown partially opened;
FIG. **3** is a top, front and side perspective view thereof shown in the closed position;
FIG. **4** is a front view thereof;
FIG. **5** is a rear view thereof;
FIGS. **6** and **7** are side views thereof;
FIG. **8** is a top view thereof; and,
FIG. **9** is a bottom view thereof.

**1 Claim, 3 Drawing Sheets**





**FIG. 1**



**FIG. 2**



FIG. 3



FIG. 4



FIG. 5



FIG. 6     FIG. 7



FIG. 8



FIG. 9