Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

1

2

3   Jorno, LLC,                                    )
                                                   )   Case No: 3:20-cv-03344
4                          Plaintiff(s),            )
                                                   )   **APPLICATION FOR**
5        v.                                         )   **ADMISSION OF ATTORNEY**
                                                   )   **PRO HAC VICE**
6   Newegg, Inc.,                                   )   (CIVIL LOCAL RULE 11-3)
                                                   )
7                          Defendant(s).            )
                                                   )
8   _____

9   I, Christopher M. Joe _____, an active member in good standing of the bar of
    Texas _____, hereby respectfully apply for admission to practice *pro hac vice* in the
10  Northern District of California representing: Plaintiff, Jorno, LLC _____ in the
    above-entitled action. My local co-counsel in this case is Stephen M. Lobbin _____, an
11  attorney who is a member of the bar of this Court in good standing and who maintains an office
12  within the State of California.

13  | MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
    |---|---|
    | 1700 Pacific Avenue, Suite 4750 | 888 Prospect Street, Suite 200 |
14  | Dallas, TX  75201 | San Diego, CA  92037 |
    | MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
15  | (214) 466-1272 | (949) 636-1391 |
    | MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
16  | chris.joe@bjciplaw.com | sml@smlavvocati.com |

17  I am an active member in good standing of a United States Court or of the highest court of
    another State or the District of Columbia, as indicated above; my bar number is: TX-00787770 .
18  A true and correct copy of a certificate of good standing or equivalent official document from said
    bar is attached to this application.
19  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
20  Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*
21
    Dated:  05/20/20                              Christopher M. Joe
22                                                        APPLICANT

23  ═══════════════════════════════════════════

24  ### ORDER GRANTING APPLICATION
    ### FOR ADMISSION OF ATTORNEY PRO HAC VICE

25  IT IS HEREBY ORDERED THAT the application of Christopher M. Joe _____ is granted,
    subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
26  appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
27  designated in the application will constitute notice to the party.

28  Dated:  May 21, 2020

    UNITED STATES MAGISTRATE JUDGE

    Judge Joseph C. Spero

    *PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*