AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Jorno, LLC <br><br> *Plaintiff(s)* <br> v. <br> Newegg, Inc. <br><br> *Defendant(s)* | Civil Action No. 3:20-cv-03344 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Newegg, Inc.
   17560 Rowland Street
   City of Industry, CA 91748

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Stephen Michael Lobbin
   888 Prospect St, Ste 200
   La Jolla, CA 92037-4261
   Tel: (949) 636-1391

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: May 19, 2020

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:20-cv-03344

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Newegg, Inc.
was received by me on *(date)* May 26, 2020 .

❏ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Certified Mail No. 7011 1570 0002 5650 2323, Return Receipt Requested to
Newegg, Inc., c/o CSC-Lawyers Incorporating Service (C1592199), Registered Agent
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/02/2020

*Stephen M. Lobbin*
Server's signature

Stephen Michael Lobbin, Attorney at Law
Printed name and title

888 Prospect Street, Ste. 200, La Jolla, CA 92037-4261
Server's address

Additional information regarding attempted service, etc:
Attached is the Return Receipt Card signed by Kevin Bautista and stamped by the USPS on May 26, 2020.

