UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORNO, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>NEWEGG, INC.,<br><br>        Defendant. | Case No.  20-cv-03344-JCS<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now reassign this case to a United States District Judge because:

[X] One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

[ ] One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

**Important:** All hearing dates currently scheduled before Chief Magistrate Judge JOSEPH C. SPERO are vacated and should be re-noticed for hearing before the District Judge to whom this case is reassigned, but the re-noticing of the hearing does NOT affect the prior briefing schedule.

Dated: June 3, 2020

                                             Susan Y. Soong
                                             Clerk, United States District Court

                                             By: _/s/ Karen L. Hom_____
                                             Karen Hom, Deputy Clerk to the
                                             Honorable JOSEPH C. SPERO