STEPHEN MICHAEL LOBBIN (Cal. Bar No. 181195)
sml@smlavvocati.com
**SML Avvocati P.C.**
888 Prospect St., Ste 200
La Jolla, CA 92037-4261
Tel:   (949) 636-1391

CHRISTOPHER M. JOE *(Admitted PHV)*
Chris.Joe@BJCIPlaw.com
**Buether Joe & Carpenter, LLC**
1700 Pacific, Suite 4750
Dallas, TX  75201
Tel:   (214) 466-1270
Fax:  (214) 635-1842

*Attorneys for Plaintiff*
*Jorno, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JORNO, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>NEWEGG, INC.,<br><br>        Defendant. | Case No. 3:20-cv-03344-WHO<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jorno, LLC dismisses the above-captioned action without prejudice.  Plaintiff filed a complaint on May 15, 2020.  To date, no answer or summary judgment motion has been filed by Defendant.

Dated:  June 19, 2020    **SML Avvocati P.C.**

*/s/ Stephen M. Lobbin*
Stephen Michael Lobbin
(Cal. Bar No. 181195)
888 Prospect St., Ste 200
La Jolla, CA 92037-4261
Tel:   (949) 636-1391
Email: sml@smlavvocati.com

**Buether Joe & Carpenter, LLC**
Christopher M. Joe  *(Admitted PHV)*
(TX Bar No. 00787770)
1700 Pacific Avenue
Suite 4750
Dallas, Texas  75201
Telephone:  (214) 466-1270
Facsimile:   (214) 635-1842
Email:       Chris.Joe@BJCIPLaw.com

*Attorneys for Plaintiff*
*Jorno, LLC*

Certificate of Service

I hereby certify that on June 19, 2020, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

/s/ Stephen M. Lobbin